192 So. 515

### Ted GIBBS v. STATE.

### 7 Div. 605.

Supreme Court of Alabama.

Dec. 14, 1939.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the petition.

Obe Riddle, of Talladega, and L. H. Ellis, of Columbiana, opposed.

### PER CURIAM.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Gibbs v. State, 192 So. 514, wherein a judgment convicting defendant of violating the prohibition law was reversed.

Writ denied.

ANDERSON, C. J., and THOMAS, BOULDIN, BROWN, and FOSTER, JJ., concur.

GARDNER, J., dissents.

KNIGHT, J., not sitting.

192 So. 502

### BELL v. STATE.

### 6 Div. 459.

Supreme Court of Alabama.

Dec. 14, 1939.

No attorney marked for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BOULDIN, Justice.

L. C. Bell, alias L. C. Berry, was charged by indictment with the murder of Bennie Montgomery by shooting him with a pistol.

On the trial, the jury, by their verdict, found defendant guilty of murder in the first degree and fixed his punishment at death.

A judgment of conviction and sentence were entered accordingly.

The appeal is upon the record, without a bill of exceptions. No error appearing in the record, the judgment is affirmed.

The date for executing the sentence of the law having passed, Friday, the 23 day of February, 1940, is hereby fixed for the execution of the death sentence according to law.

Affirmed.

All the Justices concur; KNIGHT, J., not sitting.